**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FRANCISCO ORLANDO SANCHEZ VILLALOBOS,

Petitioner,

v.

TONYA ANDREWS, et al.,

Respondents.

Case No. 1:26-cv-08615 JLT GSA

A-Number: 240-189-392

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

Francisco Orlando Sanchez Villalobos is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, with which he filed a motion for temporary restraining order. (Docs. 1, 2.) Petitioner challenged his detention without an individualized bond hearing as a violation of due process under the Fifth Amendment and requested either release from detention or a bond hearing. (*See* Doc. 1 at 16-17.) Respondents report that Petitioner received a bond hearing on October 27, 2026, and provided the immigration judge's order granting release from custody under bond. (Doc. 13 at 3.)

As Petitioner's sole claim challenged his detention without a bond hearing and such a hearing occurred, the Court finds Petitioner received the relief sought through his petition. Consequently, the pending petition is now moot. *See Abdala v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007).

Based upon the foregoing, the Court **ORDERS**:

1. The petition for writ of habeas corpus is **DISMISSED** without prejudice.
2. Petitioner's motion for temporary restraining order (Doc. 2) is denied as **MOOT**.
3. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated: _November 13, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE